UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    TEODORO ABREU,
                            Defendant.
------------------------------------------------------------X

25 Cr. 267 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Teodoro Abreu's sentencing hearing will be held on **September 30, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **September 8, 2025**.  The Government's pre-sentencing submission, if any, shall be filed by **September 11 2025.**

Dated: June 27, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**