UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TEODORO ABREU,

Defendant.

ORDER

25 Cr. 267 (LGS)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Chief United States Magistrate Judge Sarah Netburn on June 11, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       July 15, 2025

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE