# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2025

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Teodoro Abreu**
        **25 Cr. 267 (LGS)**

Honorable Judge Schofield:

I am the attorney representing Teodoro Abreu in the above-referenced matter and am writing to request a 60-day adjournment of Mr. Abreu's upcoming sentencing proceeding, currently scheduled for January 13, 2026. The defense is currently awaiting necessary medical records to provide Mr. Abreu with effective representation at the time of sentencing. Additionally, Mr. Abreu is currently managing a new infection in his partially amputated foot that may require additional surgeries depending on the outcome of his recent test results. I have consulted with AUSA Joseph Rosenberg and he has no objection to this 60-day adjournment request. Thank you for your consideration of this request.

Respectfully submitted,

*Marisa K. Cabrera*

Marisa K. Cabrera
Assistant Federal Defender
(212) 417-8730

Application Granted. The sentencing hearing currently scheduled for January 13, 2026, is adjourned to **March 3, 2026, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **February 9, 2026**. The Government's sentencing submission shall be filed by **February 12, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 40.

cc:     AUSA Joseph Rosenberg

Dated: January 7, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**