UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,         :

                              :

                              :              25 Cr. 267 (LGS)

              -against-         :

                              :              <u>ORDER</u>

TEODORO ABREU,              :

                      Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently scheduled for April 7, 2026,

is adjourned to **June 8, 2026, at 11:00 a.m.**


Dated:  April 1, 2026
         New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE