# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2026

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.  The sentencing hearing currently scheduled for June 8, 2026, is adjourned to **July 6, 2026, at 3:30 p.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 49.

Dated: June 5, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:    United States v. Teodoro Abreu**
**       25 Cr. 267 (LGS)**

Honorable Judge Schofield:

I am the attorney representing Teodoro Abreu in the above-referenced matter and am writing to request an adjournment of Mr. Abreu's upcoming sentencing proceeding, currently scheduled for Monday, June 8, 2026, as I will be training at a conference on that date.  To accommodate other scheduling conflicts anticipated for the remainder of the month, the defense is requesting a new sentencing date after July 6, 2026.  I have consulted with AUSA Joseph Rosenberg and he takes no position to this adjournment request.  Thank you for your consideration of this request.

Respectfully submitted,

*Marisa K. Cabrera*
_____
Marisa K. Cabrera
Assistant Federal Defender
(212) 417-8730

cc:    AUSA Joseph Rosenberg